UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

PETER THOMASSEN, et al.,

                Plaintiffs,        08 Civ. 9226 (JGK)

    - against -               ORDER

GOLDSMITH LLC,

                Defendant.
―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 9, 2009 at 4:30 p.m.** The defendant's time to move or answer is extended to **July 10, 2009.**

SO ORDERED.

Dated:    New York, New York
           April 30, 2009

                                        John G. Koeltl
                                  United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/09
```